AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| THE LANDS COUNCIL, HELLS CANYON PRESERVATION COUNCIL, AND LEAGUE OF WILDERNESS DEFENDERS, et al.,<br>*Plaintiff*<br>v.<br>UNITED STATES FOREST SERVICE, ASOTIN COUNTY, and AMERICAN FOREST RESOURCE COUNCIL<br>*Defendant* | Civil Action No. CV-12-619-FVS-1 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Cross-Motions for Summary Judgment were decided by Judge Van Sicle on 1/06/14; Plaintiffs' Motion for Summary Judgment is denied; Defendant Intervenors' Motion for Summary Judgment is granted; Defendant United States Forest Service's Motion for Summary Judgment is granted.  Judgment is hereby entered in favor of all Defendants.  Plaintiffs' Complaint is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 1/06/14

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb